AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| PHILLIP OSUNA, #A1037613,<br><br>  Plaintiff,<br><br>V.<br><br>JUDGE WONG, PROSECUTOR CHASID SAPOLU,<br><br>  Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV. NO. 17-00019 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 1, 2017<br><br>At 3 o'clock and 35 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered pursuant to and in accordance with the ORDER DISMISSING ACTION filed February 1, 2017.

| | |
|---|---|
| February 1, 2017 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |